```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS RICHARDS,

        Plaintiff,

-v-

MULTINEX CO. LTD.,

        Defendant.

**ORDER**

19-CV-6670 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated March 11, 2025, the Court ordered Plaintiff to serve and file proposed findings of fact and conclusions of law in support of the relief he seeks by May 12, 2025. ECF No. 46. On May 12, 2025, Plaintiff filed his submission on the docket, ECF No. 47, but provided no proof of service on Defendant.

Plaintiff is directed to serve a copy of this Order, Plaintiff's submission at ECF No. 47, and a copy of the Court's Orders at ECF Nos. 44, 45, and 46 on Defendant. Plaintiff shall file proof of service by **May 23, 2025**.

Defendant's deadline to respond is extended to **June 13, 2025**.

**SO ORDERED.**

Dated: May 20, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge