**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THOMAS RICHARDS,<br><br>       **Plaintiff,**<br><br>-against-<br><br>MULTINEX CO. LTD., d/b/a *NERDY*,<br><br>       **Defendant.** | **1:19-cv-06670 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  On June 18, 2025, Plaintiff filed a letter stating his intent to (1) request permission to perfect service, (2) consent to an order to vacate the default judgment against Defendant, (3) seek jurisdictional discovery, and (4) move to amend the complaint based on that discovery. ECF No. 55. Defendant shall file a letter stating its position on Plaintiff's response by **July 3, 2025**.

**SO ORDERED.**

Dated: **June 25, 2025**
    **New York, New York**
                     **ANDREW L. CARTER, JR.**
                       **United States District Judge**