UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS RICHARDS,<br><br>         Plaintiff,<br><br>-against-<br><br>MULTINEX CO. LTD., d/b/a *NERDY*,<br><br>         Defendant. | 1:19-cv-06670 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

Defendant's request for a pre-motion conference, filed at ECF No. 53, is hereby **GRANTED**. The Court will hold a telephonic conference in this action on **August 7, 2025 at 11:00 AM Eastern Time**. All parties shall appear and should contact the Court at **1-855-244-8681** (access code: 2305 370 0226#).

**SO ORDERED.**

Dated: July 29, 2025
     New York, New York

                    **ANDREW L. CARTER, JR.**
                    **United States District Judge**