UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS RICHARDS,<br><br>                                                 Plaintiff,<br><br>-against-<br><br>MULTINEX CO. LTD., d/b/a *NERDY*,<br><br>                                                Defendant. | 1:19-cv-06670 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

      As stated during today's conference, in light of the strong presumption in favor of adjudication on the merits and the parties' consent, the Court vacates the default judgment order docketed at ECF No. 44. Plaintiff is granted leave to perfect service on Defendant until **September 10, 2026.** Plaintiff shall file a status report regarding service on that same day.

      Additionally, the parties shall appear before the Court for a settlement conference on **November 6, 2025** at **3:30PM**. All parties shall appear in person in **Courtroom 444**, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. A representative for Defendant may appear by telephone. The parties shall email their settlement positions to chambers (ALCarterNYSDChambers@nysd.uscourts.gov) separately on November 4, 2025. On or before **October 9, 2025**, the parties shall file a joint status report regarding settlement.

**SO ORDERED.**

Dated:  August 7, 2025
           New York, New York

                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**