USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/4/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr><td>

**THOMAS RICHARDS,**

       **Plaintiff,**

   **-against-**

**MULTINEX CO. LTD., d/b/a *NERDY*,**

       **Defendant.**

</td></tr>
</table>

**1:19-cv-06670 (ALC)**

**ORDER OF ADJORUNMENT**

**ANDREW L. CARTER, JR., United States District Judge:**

  The previously scheduled conference on November 6, 2025 is adjourned to November 13, 2025 at 2:30pm.

**SO ORDERED.**

**Dated:**   **November 4, 2025**
      **New York, New York**

            **ANDREW L. CARTER, JR.**
            **United States District Judge**