USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/24/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| THOMAS RICHARDS,<br><br>                    Plaintiff,<br><br>-against-<br><br>MULTINEX CO. LTD., d/b/a *NERDY*,<br><br>                    Defendant. | **1:19-cv-06670 (ALC)**<br><br>**ORDER OF**<br>**DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

The parties having reached a settlement agreement at the conference held by the Court on November 20, 2025, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore is made within sixty days.

**SO ORDERED.**

**Dated:    November 24, 2025**
**          New York, New York**

                                                        _____
                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**