USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  1/22/26_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THOMAS RICHARDS,

        Plaintiff,

-against-

MULTINEX CO. LTD. d/b/a NERDY,

        Defendant.

CASE NO.: 19-cv-06670

**ORDER DISMISSING ACTION WITH PREJUDICE**

---

Upon the parties' stipulated motion to dismiss with prejudice, and good cause appearing therefor, it is hereby ordered that:

The stipulated motion to dismiss with prejudice is GRANTED pursuant to Federal Rules of Civil Procedure 41(a)(2), and further;

The above-captioned action is dismissed with prejudice.


SO ORDERED.


Dated: January 22, 2026
      New York, NY

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

2